UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: **21-21663-CIV-MARTINEZ-BECERRA**

ROLANDO GODINEZ,
    Plaintiff,

vs.

TEKTON CONSTRUCTION, CORP.,
TEKTON CONSTRUCTION GROUP LLC,
JORGE HERNANDEZ, and MATRIX
CONSTRUCTION BUILDERS, INC.,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff Ronaldo Godinez's Motion for Final Default Judgment as to Defendant Matrix Construction Buildings, Inc. *Only*, (ECF No. 53). Judge Becerra filed an R&R recommending that the Motion for Final Default Judgment be granted in part and denied in part. (ECF No. 57). The Court has reviewed the entire file and record, and notes that no objections have been filed.

After careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Becerra's R&R, (ECF No. 57), is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Plaintiff's Motion for Final Default Judgment as to Defendant Matrix Construction Builders, Inc. *Only*, (ECF No. 53), is **GRANTED IN PART AND DENIED IN PART**, as set forth in the R&R, (ECF No. 57). The Court shall retain jurisdiction to consider attorneys' fees and costs associated with collection of the judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __5__ day of July, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra & All Counsel of Record